# Court of Appeals
# of the State of Georgia

ATLANTA,  October 22, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0477. FRANK SCOTT BOZZIE v. SHAWN EMMONS, WARDEN.

In 2014, Frank Scott Bozzie was convicted of malice murder and other crimes. The Georgia Supreme Court affirmed Bozzie's convictions in 2017. *Bozzie v. State*, 302 Ga. 704 (808 SE2d 671) (2017). He has now filed in this Court a notice of appeal from the trial court's denial of his petition for a writ of habeas corpus. We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Additionally, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/22/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*